No. State 127.   DE GRAVE, Plaintiff in error, v. STATE,
Defendant in error.

(Also reported in 223 N. W. 2d 686.)

Criminal law.   Searches and seizures.   Validity of
custodial search of defendant's accomplice.   Evidence.
Sufficiency.

The cause was submitted for the plaintiff in error on
the briefs of *Howard B. Eisenberg,* state public defender,
and *Richard M. Sals,* assistant state public defender, and
for the defendant in error on the brief of *Robert W.
Warren,* attorney general, and *Christine M. Wiseman,*
assistant attorney general.